✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

FILED
RICHARD W. NAGEL
CLERK OF COURT
2026 JAN -9 PM 3:10
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

UNITED STATES OF AMERICA

V.

WILLIAM DAVENPORT DEFOOR

## NOTICE

CASE NUMBER: 1:26-mj-00008

TYPE OF CASE:

☐ **CIVIL**  ☑ **CRIMINAL**

☑ **TAKE NOTICE** that a proceeding in this case has been **RESET** for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| POTTER STEWART UNITED STATES COURTHOUSE<br>100 EAST FIFTH STREET<br>CINCINNATI, OHIO | Courtroom #5, Room 701 |
| | DATE AND TIME |
| | January 13, 2026 at 1:30 p.m. |

TYPE OF PROCEEDING

DETENTION HEARING BEFORE MAGISTRATE JUDGE STEPHANIE K. BOWMAN

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

RICHARD W. NAGEL, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

1/9/2026

DATE

(BY) KEVIN MOSER, DEPUTY CLERK

TO:

COUNSEL
USMS
PRETRIAL SERVICES
PROBATION